UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*FRED ROBERT POLISKY*

_____

_____

(Enter above the full name of
plaintiff in this action)

v.

*TIMES LEADER NEWS PAPER*

*CIVITAS MEDIA*

*JAMES O'MALLEY*

_____

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: *3:17-CV-1094*

(to be supplied by Clerk
of the District Court)

**FILED
SCRANTON**

JUN 2 ❶ 2017

PER ══ ~~DEPUTY CLERK~~

COMPLAINT

1. The plaintiff _____*FRED R POLISKY*_____ a citizen of

the County of _____*LUZERNE*_____ State of

Pennsylvania, residing at _*122 ZERBY AVE   EdWARdSVILLE*_

wishes to file a complaint under _____
_____(give Title No. etc.)

_____

2. The defendant is *TIMES LEADER NEWS PAPER*
*CIVITAS MEDIA and JAMES O'mally*

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) _*PRINTED FALSE*_

3. (CONTINUED) _NEWS IN NEWSPAPER (TIMES_
_LEADER) Tuesday 6-30-15 STATEINS_
_I ALLEGEDLY PUNCHED OFFICER_
_IAN BYCZEK, CAUSING DISTRESS,_
_HUMILIATION, SEVERE ANXIETY AND LOSS_
_OF HAPPINESS, INTENTIONAL INFLICTION_
_OF EMOTIONAL dISTRESS._

4. WHEREFORE, plaintiff prays that _COURT WILL GRANT_
_ME $50,000.00 PLUS LAWYER FEES IF_
_I NEED AN ATTY._

(Signature of Plaintiff)